IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KRISTINA MARTINEZ, in her Capacity as the Personal Representative of the Wrongful Death Estate of BARBARA GRANGER, and SCOTT GRANGER, individually,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DART TRANS, INC., GILBERT TAN d/b/a GMT TRUCKING, SUNRISE TIRE AND LUBE SERVICE, INC., HAR-SUKH CORP., INC., SAM SANDHU, JASVIR SINGH, RAJINDER SINGH BASSI, SUKHDEV SINGH DHALIWAL, TERI-OAT, LLC, JOHN DOE 1, JOHN DOE 2, GOODWILL TRUCKING, LLC, and GURPREET SUCH,<br><br>　　　　Defendants. | Case No. 19-cv-00994-CG-LF |

## ENTRY OF APPEARANCE

COMES NOW Peifer, Hanson & Mullins, P.A. (Mark T. Baker and Elizabeth K. Radosevich), and hereby enters its appearance as counsel of record on behalf of Plaintiffs Kristina Martinez, in her Capacity as the Personal Representative of the Wrongful Death Estate of Barbara Granger, and Scott Granger in this matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PEIFER, HANSON & MULLINS, P.A.

　　　　　　　　　　　　　　　　By: */s/ Mark T. Baker*
　　　　　　　　　　　　　　　　　　Mark T. Baker
　　　　　　　　　　　　　　　　　　Elizabeth K. Radosevich
　　　　　　　　　　　　　　　　Post Office Box 25245
　　　　　　　　　　　　　　　　Albuquerque, NM  87125-5245
　　　　　　　　　　　　　　　　Tel:　　505-247-4800
　　　　　　　　　　　　　　　　Email: mbaker@peiferlaw.com
　　　　　　　　　　　　　　　　　　　　eradosevich@peiferlaw.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October, 2019, the foregoing was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Mark T. Baker*
      Mark T. Baker