# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, in her Capacity
as the Personal Representative of the
Wrongful Death Estate of BARBARA
GRANGER, and SCOTT GRANGER,
individually,

Plaintiffs,

vs.                                             No. CIV-19-00994-JB-JHR

DART TRANS, INC., GILBERT TAN d/b/a
GMT TRUCKING, SUNRISE TIRE AND
LUBE SERVICE, INC., HAR-SUKH CORP.,
INC., SAM SANDHU, JASVIR SINGH,
RAJINDER SINGH BASSI, SUKHDEV
SINGH DHALIWAL, TERI-OAT, LLC,
JOHN DOE 1, JOHN DOE 2, GOODWILL
TRUCKING, LLC, and GURPREET SUCH,

Defendants.

## DEFAULT JUDGMENT AS TO LIABILITY AGAINST DEFENDANTS SUNRISE TIRE AND LUBE SERVICE, INC. AND SUKHDEV SINGH DHALIWAL

This matter came before the Court on Plaintiffs Kristina Martinez, Personal Representative for the Wrongful Death Estate of Barbara Granger, and Scott Granger's motion for entry of a default judgment against Defendants Sunrise Tire and Lube Service, Inc. and Sukhdev Singh Dhaliwal. Doc. 20 filed 12/16/19. The Court held a hearing on Plaintiffs' motion on January 22, 2020. Sunrise Tire and Lube Service, Inc. and Sukhdev Singh Dhaliwal did not appear for the hearing. After reviewing the record, considering the motion and argument of Plaintiffs' counsel, and noting that no other defendant opposes the relief Plaintiffs request, the Court finds that Plaintiffs' request for a default judgment against Sunrise Tire and Lube Service, Inc. and Sukhdev Singh Dhaliwal is well-taken. Sunrise Tire and Lube Service, Inc. and Sukhdev Singh Dhaliwal

are in default for their failures to answer or otherwise defend this case. Judgment as to liability should be entered against these Defendants and in favor of Plaintiffs. The amount of damages to be awarded to Plaintiffs against these Defendants should be reserved for subsequent determination by the Court. The motion therefore is **GRANTED**.

**IT IS ORDERED** that Plaintiffs are awarded Judgment against Defendants Sunrise Tire and Lube Service, Inc. and Sukhdev Singh Dhaliwal with respect to each count asserted against them in Plaintiffs' complaint. The damages to be awarded against these Defendants shall be reserved for subsequent determination by the Court. Plaintiffs may petition the Court for costs under Federal Rule of Civil Procedure 54 and for such other relief as may be proper from Sunrise Tire and Lube Service, Inc. and Sukhdev Singh Dhaliwal after damages are determined.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Mark T. Baker*
       Mark T. Baker
       Elizabeth K. Radosevich
20 First Plaza, Suite 725
Albuquerque, NM 87102
Tel:   (505) 247-4800
Fax:  (505) 243-6458
Email: mbaker@peiferlaw.com
          eradosevich@peiferlaw.com

*Attorneys for Plaintiffs*

APPROVED AS TO FORM:

YLAW P.C.

By: *Email approval on 01/23/20*
      Joseph B. Wosick, Esq.
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736
Tel:   (505) 266-3995
Fax:  (505) 268-6694
Email: jwosick@ylawfirm.com

*Attorneys for Dart Trans, Inc. and Gilbert Tan d/b/a GMT Trucking*

BUTT THORNTON & BAEHR PC

By: *Email approval on 01/24/20*
      Raúl P. Sedillo
P.O. Box 3170
Albuquerque, NM 87190
Tel:   (505) 884-0777
Email: rpsedillo@btblaw.com

*Attorneys for Har-Sukh Corp., Inc., Rajinder Singh Bassi and Teri-Oat, LLC*

LAWYERS505.COM

By: *Email approval on 01/22/20*
      R. Don Lohbeck
510 Mountain Road, NW
Albuquerque, NM 87102
Tel:   (505) 888-5200
Email: Lohbeck@Lawyers505.com

*Attorneys for Defendants Sam Sandhu and Jasvir Singh*

CIVEROLO, GRALOW, & HILL

By: *Email approval on 01/22/20*
      Lance Richards
      Lauren R. Wilber
PO Box 887
Albuquerque, NM 87103
Tel:   (505)842-8255
Fax:  (505) 764-6099
Email: richardsl@civerolo.com
          wilberl@civerolo.com

*Attorneys for Goodwill Trucking, LLC and Gurpreet Such*