IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, in her Capacity
as the Personal Representative of the
Wrongful Death Estate of BARBARA
GRANGER, and SCOTT GRANGER,
individually,

        Plaintiffs,

vs.                                                Case No. 19-cv-00994-JB-JHR

DART TRANS, INC., GILBERT TAN d/b/a
GMT TRUCKING, SUNRISE TIRE AND
LUBE SERVICE, INC., HAR-SUKH CORP.,
INC., SAM SANDHU, JASVIR SINGH,
RAJINDER SINGH BASSI, SUKHDEV
SINGH DHALIWAL, TERI-OAT, LLC,
JOHN DOE 1, JOHN DOE 2, GOODWILL
TRUCKING, LLC, and GURPREET SUCH,

        Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE
ALL CLAIMS AGAINST HAR-SUKH CORP., INC.,
RAJINDER SINGH BASSI, AND TERRI-OAT, LLC**

Upon consideration of Plaintiffs' Unopposed Motion to Dismiss Without Prejudice All Claims Against Har-Sukh Corp., Inc., Rajinder Singh Bassi, and Terri-Oat, LLC, filed on March 31, 2020 [Dkt. 45], it is hereby ORDERED that the motion be, and hereby is, GRANTED.

All claims against these defendants are dismissed without prejudice.

                                                          _____
                                                      United States District Judge

**SUBMITTED BY:**

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Mark T. Baker*
    Mark T. Baker
    Elizabeth K. Radosevich
    Rebekah A. Gallegos
Post Office Box 25245
Albuquerque, New Mexico 87125-5245
Tel:   (505) 247-4800
Fax:   (505) 243-6458
Email: mbaker@peiferlaw.com
       eradosovich@peiferlaw.com
       rgallegos@peiferlaw.com

*Attorneys for Plaintiffs*

**APPROVED BY:**

YLAW P.C.

By: *Electronic approval on 03/19/20*
Joseph B. Wosick, Esq.
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736
Tel:  (505) 266-3995
Fax:  (505) 268-6694
Email: jwosick@ylawfirm.com

*Attorneys for Defendants Dart Trans, Inc.
and Gilbert Tan d/b/a GMT Trucking*

CIVEROLO, GRALOW, & HILL

By: *Electronic approval on 03/19/20*
    Lance Richards
    Lauren R. Wilber
PO Box 887
Albuquerque, New Mexico 87103
Tel:   (505) 842-8255
Fax:   (505) 764-6099
Email: richardsl@civerolo.com
       wilberl@civerolo.com

- 2 -

BUTT THORNTON & BAEHR PC

By: *Electronic approval on 03/31/20*
      Raúl P. Sedillo
P.O. Box 3170
Albuquerque, NM 87190
Tel:   (505) 884-0777
Email: rpsedillo@btblaw.com

and

John F. Domingue
Rossi Dominque Fox LLP
1570 The Alameda, Suite 316
San Jose, CA 95126
Tel: 408.495.3900
Direct: 408.591-5180
Fax: 408.495.3901
Email: john@rdfllp.com

*Attorneys for Defendants Har-Sukh Corp., Inc.,
Teri-Oat, LLC and Rajinder Singh Bassi*

LAWYERS505.COM

By: *Electronic approval on 03/18/20*
      R. Don Lohbeck
510 Mountain Road NW
Albuquerque, NM 87102
Tel:   (505) 888-5200
Email: Lohbeck@Lawyers505.com

*Attorneys for Defendants Sam Sandhu
and Jasvir Singh*