IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, in her Capacity
as the Personal Representative of the
Wrongful Death Estate of BARBARA
GRANGER, and SCOTT GRANGER,
individually,

           Plaintiffs,

vs.                                         Case No. 19-cv-00994-JB-JHR

DART TRANS, INC., GILBERT TAN
d/b/a GMT TRUCKING, SUNRISE TIRE
AND LUBE SERVICE, INC., SAM
SANDHU, JASVIR SINGH, SUKHDEV
SINGH DHALIWAL, JOHN DOE 1,
JOHN DOE 2, GOODWILL TRUCKING,
LLC, and GURPREET SUCH,

           Defendants.

## ORDER GRANTING
## UNOPPOSED MOTION TO DISMISS SAM SANDHU AND JASVIR SINGH

Upon consideration of Plaintiffs' Unopposed Motion to Dismiss Sam Sandhu and Jasvir Singh [Doc. 74], it is hereby ORDERED that the motion be, and hereby is, GRANTED.

All claims against Defendants Sam Sandhu and Jasvir Singh are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2).

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Mark T. Baker*
      Mark T. Baker
Post Office Box 25245
Albuquerque, New Mexico 87125-5245
Tel:  (505) 247-4800
Fax:  (505) 243-6458
Email: mbaker@peiferlaw.com

*Attorneys for Plaintiffs*

**APPROVED BY:**

YLAW P.C.

By: *Email approval on July 10, 2020*
      Joseph B. Wosick, Esq.
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736
Tel: (505) 266-3995
Fax: (505) 268-6694
Email: jwosick@ylawfirm.com

*Attorneys for Defendants Dart Trans, Inc. and Gilbert Tan d/b/a GMT Trucking*

CIVEROLO, GRALOW, & HILL

By: *Email approval on July 11, 2020*
      Lance Richards
      Lauren R. Wilber
PO Box 887
Albuquerque, New Mexico 87103
Tel:  (505) 842-8255
Fax:  (505) 764-6099
Email: richardsl@civerolo.com
       wilberl@civerolo.com

LAWYERS505.COM

By: *Email approval on July 10, 2020*
      R. Don Lohbeck
510 Mountain Road NW
Albuquerque, NM 87102
Tel:  (505) 888-5200
Email: Lohbeck@Lawyers505.com

*Attorneys for Defendants Sam Sandhu and Jasvir Singh*