

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, in her Capacity
as the Personal Representative of the
Wrongful Death Estate of BARBARA
GRANGER, and SCOTT GRANGER,
individually,

    Plaintiffs,

vs.

Case No. 1:19-cv-00994-JB-JHR

DART TRANS, INC., GILBERT TAN d/b/a
GMT TRUCKING, SUNRISE TIRE AND
LUBE SERVICE, INC., HAR-SUKH CORP.,
INC., SAM SANDHU, JASVIR SINGH,
RAJINDER SINGH BASSI, SUKHDEV
SINGH DHALIWAL, TERI-OAT, LLC, JOHN
DOE 1, JOHN DOE 2, GOODWILL
TRUCKING, LLC, and GURPREET
SUCH,

    Defendants.

## STIPULATED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Joint Motion to Dismiss with Prejudice filed by Kristina Martinez, as Personal Representative of the Wrongful Death Estate of Barbara Granger, deceased, and Scott Granger ("Plaintiffs"), by and through their attorneys of record, Peifer, Hanson, Mullins & Baker, P.A. (Mark T. Baker and Matthew W. Beck), Dart Trans, Inc. ("Dart"), by and through its attorneys of record, Stiff, Keith & Garcia, LLC (John S. Stiff and Arturo R. Garcia), and Gilbert Tan ("Tan"), by and through his attorneys of record, Mayer LLP (Brian J. Fisher and David C. Larsen), and Defendants Goodwill Trucking, LLC and Gurpreet Such, by and through their attorneys of record, Civerolo, Gralow & Hill, P.A. (Lance D. Richards and Lauren R. Wilber) hereinafter collectively referred to as "the Parties.

00294543

The Court having considered the Motion, finds that the above lawsuit as it relates to the claims against Dart, Tan, Goodwill Trucking, LLC and Gurpreet Such, only, should be dismissed with prejudice. Plaintiffs' claims against other defendants should not be dismissed at this time.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the causes of action and claims asserted in the operative Complaint filed by Plaintiffs against Defendants Dart, Tan, Goodwill Trucking, LLC and Gurpreet Such, along with all claims that could have been asserted therein, are hereby dismissed with prejudice, with each party bearing their own costs and fees.

Dated:

_____
THE HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

**Submitted by:**

**PEIFER, HANSON, MULLINS & BAKER, P.A.**

By: Approved by e-mail February 22, 2021
Elizabeth Radosevich Mark T Baker
Matthew M. Beck
Post Office Box 25245
Albuquerque, NM 87125-5245 Tel: 505.247.4800
eradosevich@peiferlaw.com
mbaker@peiferlaw.com
mbeck@peiferlaw.com
*Attorneys for Plaintiffs*

**MAYER LLP**

By: Approved by e-mail February 22, 2021
Brian J. Fisher David C. Larsen
9400 Holly Avenue NE, Bldg. 3B
Albuquerque, NM 87122
Tel: 505.595.1414
bfisher@mayerllp.com
dlarsen@mayerllp.com
*Attorneys for Defendant Gilbert Tan*

00294543

**STIFF, KEITH & GARCIA, LLC**

By: /s/ Arturo Ricardo Garcia, Esq.
    John S. Stiff, Esq.
    Arturo Ricardo Garcia, Esq.
    400 Gold Ave. S.W., Suite 1300
    Albuquerque, New Mexico 87102-3274
    Tel: 505.243.5755
    jstiff@stifflaw.com
    agarcia@stifflaw.com
*Attorneys for Dart Trans, Inc.*

**CIVEROLO, GRALOW & HILL, P.A.**

By:  Approved by e-mail February 22, 2021
     Lance D. Richards
     Lauren R. Wilber
     PO Box 93940
     Albuquerque, NM  87199
     Telephone:  505/842-8255
     RichardsL@civerolo.com
     WilberL@civerolo.com
     *Attorneys for Goodwill Trucking, LLC
     And Gurpreet Such*

00294543