IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 07 2021

MITCHELL R. ELFERS
CLERK

KRISTINA MARTINEZ, in her Capacity
as the Personal Representative of the
Wrongful Death Estate of BARBARA
GRANGER, and SCOTT GRANGER,
individually,

        Plaintiffs,

vs.

No. CIV 19-0994 JB/JHR

SUNRISE TIRE AND LUBE SERVICE, INC.,
and SUKHDEV SINGH, a/k/a SUKHDEV
SINGH DHALIWAL, a/k/a SUKHDEV
DHALIWAL SINGH,

        Defendants.

## VERDICT

On the questions submitted, the jury finds as follows:

**Question No. 1:** In accordance with the damage instruction given by the court for the life of Barbara Granger in Instruction No. 20, we find the total amount of damages the Estate of Barbara Granger suffered and that Defendants Sunrise Tire and Lube Service, Inc. and Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal, a/k/a Sukhdev Dhaliwal Singh must pay are as follows:

$ 10,000,000.00

**Question No. 2:** In accordance with the damages instructions given by the court, we find Defendants Sunrise Tire and Lube Service, Inc. and Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal, a/k/a Sukhdev Dhaliwal Singh must pay Plaintiff Scott Granger the following amount for negligent infliction of emotional distress and loss of consortium:

$ 7,000,000.00

**Question No. 3:** Were the acts or failures to act of Defendant Sunrise Tire and Lube Service, Inc. willful, wanton, or reckless?

**Answer:**      Yes  X         No ____

If your answer to Question No. 3 is "Yes," answer Question No. 4. If your answer to Question No. 3 is "No," go on to Question No. 5.

**Question No. 4:** In accordance with the exemplary or punitive damage instructions given by the court, we find the total amount of punitive damages to be awarded against Sunrise Tire and Lube Service, Inc. to be as follows:

$ 10,000,000.00

**Question No. 5:** Were the acts or failures to act of Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal, a/k/a Sukhdev Dhaliwal Singh willful, wanton, or reckless?

**Answer:**      Yes ____        No  X

If your answer is "Yes," enter in your answer to Question No. 6 the amount of punitive damages, if any, to be awarded against Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal, a/k/a Sukhdev Dhaliwal Singh.

**Question No. 6:** In accordance with the exemplary or punitive damage instructions given by the court, we find the total amount of punitive damages to be awarded against Sukhdev Singh, a/k/a Sukhdev Singh Dhaliwal, a/k/a Sukhdev Dhaliwal Singh as to Plaintiffs to be as follows:

$ _____

DATED: 7/7/21

FOREPERSON  [signature]