IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, *in her Capacity as
the Personal Representative of the Wrongful
Death Estate of Barbara Granger*, and
SCOTT GRANGER,

      Plaintiffs,

vs.                                         No. CIV 19-0994 JB/JHR

DART TRANS, INC., GILBERT TAN d/b/a
GMT TRUCKING, SUNRISE TIRE AND
LUBE SERVICE, INC., HAR-SUKH CORP.,
INC., SAM SANDHU, JASVIR SINGH,
RAJINDER SINGH BASSI, SUKHDEV
SINGH DHALIWAL, TERI-OAT, LLC,
JOHN DOE 1, JOHN DOE 2, GOODWILL
TRUCKING, LLC and GURPREET SUCH,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Order Granting Unopposed Motion to Dismiss without Prejudice All Claims Against Har-Sukh Corp., Inc., Rajinder Singh Bassi, and Terri-Oat, LLC, filed April 2, 2020 (Doc. 47)("April 2 Order"); (ii) the Order Granting Unopposed Motion to Dismiss Sam Sandhu and Jasvir Singh, filed September 9, 2020 (Doc. 87)("Sept. 9 Order"); (iii) the Stipulated Order of Partial Dismissal with Prejudice, filed March 23, 2021 (Doc. 108)("March 23 Order"); and (iv) a jury trial that the Court held on July 6 and 7 of 2021, see Clerk's Minutes at 1, filed July 13, 2021 (Doc. 145). In the April 2 Order, the Court dismisses without prejudice all claims against Defendants Har-Sukh Corp., Inc., Rajinder Singh Bassi, and Terri-Oat, LLC. See April 2 Order at 1. In the September 9 Order, the Court dismisses all claims against Defendants Sam Sandhu and Jasvir Singh without prejudice. See Sept. 9 Order at 1. In

the March 23 Order, the Court dismisses with prejudice the claims against Defendants Dart Trans, Inc., Gilbert Tan, Goodwill Trucking, LLC, and Gurpreet Such. See March 23 Order at 1-2. At the jury trial, the jury returned a verdict for Plaintiff Kristina Martinez against Defendants Sunrise Tire and Lube Service, Inc. and Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh ("S. Singh") in the amount of $10,000,000.00 in compensatory damages, for Plaintiff Scott Granger against Sunrise Tire and S. Singh in the amount of $7,000,000.00 in compensatory damages, and for the Plaintiffs in the amount of $10,000,000.00 in punitive damages against Sunrise Tire. See Verdict Form at 1-2, filed July 7, 2021 (Doc. 143). There not being any more claims, issues, or parties before the Court, the Court enters Final Judgment adjudicating all of the claims and liabilities among the parties.

**IT IS ORDERED** that: (i) all Plaintiffs Kristina Martinez' and Scott Granger's claims against Defendants Dart Trans, Inc., Gilbert Tan d/b/a GMT Trucking, Goodwill Trucking, LLC, and Gurpreet Such, Sunrise Tire and Lube Service, Inc., and Sukhdev Singh a/k/a/ Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh ("S. Singh"), and are dismissed with prejudice; (ii) all Plaintiffs' claims against Defendants Har-Sukh Corp., Inc., Rajinder Singh Bassi, Terri-Oat, LLC, Sam Sandhu, and Jasvir Singh are dismissed without prejudice; (iii) this case is dismissed; (iv) judgment is entered in favor of Martinez against Sunrise Tire and Singh for $10,000,000.00 in compensatory damages; (v) judgment is entered in favor of Granger against Sunrise Tire and S. Singh for $7,000,000.00 in compensatory damages; (vi) judgment is entered in favor of the Plaintiffs against Sunrise Tire for $10,000,000.00 in punitive damages; and (vii) final judgment is entered.

        _____
UNITED STATES DISTRICT JUDGE

*Parties:*

Mark T. Baker
Matthew M. Beck
Elizabeth K. Radosevich
Peifer, Hanson & Mullins, P.A
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Arturo Ricardo Garcia, Esq.
Stiff & Garcia LLC
Albuquerque, New Mexico

-- and --

John S. Stiff
John S. Stiff & Associates, LLC
Albuquerque, New Mexico

-- and --

Joseph B. Wosick
YLAW, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Dart Trans, Inc.*

Brian J. Fisher
David C. Larsen
Joseph B. Wosick
Mayer, LLP
Albuquerque, New Mexico

    *Attorneys for Defendant Gilbert Tan d/b/a GMT Trucking*

Rattan Dev Singh Dhaliwal
Dhaliwal Law Group, Inc.
Santa Clara, California

 *Attorney for Defendants Sunrise Tire and Lube Service, Inc. and Sukhdev Singh a/k/a/ Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh*

Raul P. Sedillo
Jones, Skelton & Hochuli P.L.C.
Albuquerque, New Mexico

 *Attorneys for Defendants Har-Sukh Corp., Rajinder Singh Bassi, and Teri-OAT, LLC*

Robert Don Lohbeck
Sandia Park, New Mexico

 *Attorney for Defendants Sam Sandhu and Jasvir Singh*

Lauren Wilber
Lance D. Richards
Civerlow, Gralow & Hill, P.A.
Albuquerque, New Mexico

 *Attorneys for Defendants Goodwill Trucking, Inc. and Gurpreet Such*