# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, in her Capacity
as the Personal Representative of the
Wrongful Death Estate of BARBARA
GRANGER, and SCOTT GRANGER,
individually,

      Plaintiffs,

vs.

DART TRANS, INC., GILBERT TAN d/b/a
GMT TRUCKING, SUNRISE TIRE AND
LUBE SERVICE, INC., SAM SANDHU,
JASVIR SINGH, SUKHDEV SINGH
DHALIWAL, JOHN DOE 1, JOHN DOE 2,
GOODWILL TRUCKING, LLC, and
GURPREET SUCH,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 19 2022

MITCHELL R. ELFERS
CLERK

Case No. 19-cv-00994-JB-JHR

## ORDER GRANTING PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AGAINST DEFENDANTS SUNRISE TIRE AND LUBE SERVICE, INC. AND SUKHDEV SINGH, A/K/A SUKHDEV SINGH DHALIWAL, A/K/A SUKHDEV DHALIWAL SINGH

THIS MATTER comes before the Court upon Plaintiffs' Motion for Civil Contempt Order against Defendants Sunrise Tire and Lube Service, Inc. ("Sunrise") and Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh ("Singh") (together "Defendants"), and the Court's March 7, 2022 Order requiring Defendants to (1) fully respond to Plaintiffs' Interrogatories and Requests for Production; (2) appear for a deposition; and (3) pay costs and attorney fees incurred by Plaintiffs discovery in aid of execution. *See* Order at 2. In its Order, the Court explained that Defendants would be subject to civil contempt if they failed to comply with the Order. The Court, having considered the motions, and being otherwise fully advised on the premises of the motions, finds that the motions are well taken and that the Plaintiffs are entitled

to the relief that they seek, and will therefore grant the Motion for Civil Contempt Order against Sunrise and Singh.

IT IS THEREFORE ORDERED that, within 21 days of the entry of this Order: [handwritten: 7/18/22]

i. ~~Sunrise's officer(s), director(s) and managing agent, and~~ Defendant Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh, be detained, under rule 37(b)(2)(A)(vii) of the Federal Rules of Civil Procedure, until ~~they both~~ he comply with the Court's March 7 Order by (1) responding in full to Plaintiffs' discovery requests in aid of execution; (2) appear for depositions on a date of Plaintiffs' choosing; and (3) pay costs and attorney fees incurred by Plaintiffs discovery in aid of execution;

ii. The U.S. Marshal Service serve the Order of Contempt and arrest Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh ~~and Sunrise's officers, directors and managing agent(s)~~ and

iii. The Court will order that Defendants will reimburse costs and attorney fees incurred by Plaintiffs in bringing this motion.

_____
HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Matthew M. Beck*
    Mark T. Baker
    Matthew M. Beck
    Sarah K. Hyde
Post Office Box 25245
Albuquerque, NM 87125-5245
Tel: 505-247-4800
Email: mbaker@peiferlaw.com
       mbeck@peiferlaw.com
       shyde@peiferlaw.com

*Attorneys for Plaintiffs*