**Lauren Rotonda**
_____

| | |
|---|---|
| **From:** | Matthew M. Beck <mbeck@peiferlaw.com> |
| **Sent:** | Monday, July 25, 2022 1:05 PM |
| **To:** | Lauren Rotonda |
| **Cc:** | Rattan Dev S. Dhaliwal; Mark Baker; Cecilia Nuñez; Debra L. Johnson; Kubra Hussain |
| **Subject:** | Martinez v. Sunrise and Singh - No. CIV 19-994 JB - Arrest Warrant |
| **Attachments:** | Singh Warrant - ao442.pdf; Known Family-Friends-Associates.pdf |

**CAUTION - EXTERNAL:**

Ms. Rotonda-

Attached is the arrest warrant for Judge Browning's signature. We understand from the hearing last week that the US Marshals Service requires this arrest warrant to accompany the Court's order to arrest and detain Mr. Singh.

Please let us know if you or the Judge have any questions or concerns.

-Matt

*Matthew M. Beck*
Peifer, Hanson, Mullins & Baker, P.A.
20 First Plaza, Suite 725
Albuquerque, New Mexico 87102
Phone: (505) 247-4800
Direct: (505) 338-8876
Cell: (505) 263-0334
Email: mbeck@peiferlaw.com

DISCLAIMER:
This e-mail is confidential and intended for the addressee only. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purpose, or disclose its contents to any other person. Any views or opinions expressed in this e-mail may be solely those of the author and are not necessarily those of Peifer, Hanson, Mullins & Baker, P.A.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*File on cm/ECF*
*7/27/22*

1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| Kristina Martinez, et al.<br>v.<br>Dart Trans, Inc., et al.<br><br>*Defendant* | )<br>)    Case No.  CIV 19-994 JB/JHR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Sukhdev Singh, also known as Sukhdev Singh Dhaliwal, also known as Sukhdev Dhaliwal Singh ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

The Court entered an Order Granting Plaintiffs' Motion for Civil Contempt Against Defendants Sunrise Tire and Lube Service, Inc. and Dukhdev Singh, a/k/a Sukhdev Singh Dhaliwal, a/k/a Sukhdev Dhaliwal Singh, which ordered that the United States Marshal Serice serve the order and arrest Sukhdev Singh, a/ka/ Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh. The Order further orders that Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh be detained until Mr. Singh complies with the Court's March 7, 2022 Order by (1) responding in full to Plaintiffs' discovery requests in aid of execution, (2) appearing for a deposition on a date of Plaintiffs' choosing, and (3) paying the costs and attorney fees incurred by Plaintiffs' discovery in aid of execution.

Date: 7/27/22

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico     James O. Browning
                                              *Printed name and title*
                                              United States District Judge

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*