DHALIWAL LAW GROUP, INC.
ATTORNEY AT LAW
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050

RATTAN DEV S. DHALIWAL
RATTAN@ATTORNEYDHALIWAL.COM

PHONE: (408) 988-7722
FACSIMILE: (408) 988-3345

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 SEP 27 PM 3:48
CLERK-ALBUQUERQUE

September 26, 2022

Honorable James O. Browning
United States District Court
Pete V. Domenici United States Courthouse
333 Lomas Blvd NW, Suite 660
Albuquerque, New Mexico 87102

      Re: Granger v. Sunrise
      Case No.: CIV 19-00994 JB/JHR
      Intent to Appear Telephonically

Honorable Judge Browning,

    I intend to appear telephonically for the hearing that is set for September 30, 2022 at 9:00 am in matter stated above.

                              Respectfully Submitted

                              Rattan Dev S. Dhaliwal