## Lauren Rotonda

| | |
|---|---|
| **From:** | Simran Tiwana <simran38875@gmail.com> |
| **Sent:** | Wednesday, September 28, 2022 12:25 PM |
| **To:** | NMDml_Judge Browning's Chambers nmd.uscourts.gov |
| **Subject:** | mbaker@peiferlaw.com |

**CAUTION - EXTERNAL:**

Dear Chambers of the Honorable James O. Browning,

My name is Simran Tiwana and I am Sukhdev Singh's daughter. I am reaching out because I do not understand what is happening with this case and would like to respectfully request access to the hearing this Friday, September 30th.

Sukhdev Singh has been arrested by the US Marshals and is being held in Sacramento Main County Jail since Wednesday, September 21, 2022.

My father is innocent. He respects the law and the judicial system. The day we had received the initial letter about the case we had reached out to Rattan Dev Dhaliwal for representation in this matter. He claimed that my father did not need to make an appearance in New Mexico and that he will take care of everything on his behalf. My father failed to appear in this trial not because he was ignoring this court but because his attorney, Rattan Dev Dhaliwal was misguiding him from the beginning.

He told my father the following:

1.
2.
3. He did not need to respond to summons that are not in his name
4.
5.
6.
7. He could and was representing my father in federal court in New Mexico and that a local attorney
8.    was not needed
9.
10.
11.
12. He did not need to disclose any information in the case discovery
13.
14.
15.
16. He will draft "Motion to Quash" and can't file it under his own name, but needs my father to sign
17.  it so it could be submitted to the court to clear the arrest warrant and final judgment against him. We have just now understood that this is fraud.
18.
19.
20.
21. And stated multiple times, in response to my father's questioning, that he did not need to go to
22. New Mexico
23.

1

*File on CM/ECF*
*JOB*
*9/28/22*

*RAB*
*9/28/22*

On September 21, 2022, Rattan Dev Dhaliwal made clear that he is no longer interested in moving forward with the case. And on September 28th, I have officially asked him to not represent my father or his company in court. I have spoken to over a dozen attorney's in New Mexico in the last four business days hoping to retain legal representation and all have either ignored me or refused to take on the case.

I, like my father, do not know much about the law but I would like to humbly ask you that he be released from Federal Hold and myself, my mother, and sister will make sure that he is present at every hearing and makes every appearance that is needed.

My family and I are under great emotional and financial stress at this moment and are pleading for his right to share his side of the case and to have proper legal representation.

Sincerely,

Simran Tiwana

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.