# Lauren Rotonda

| | |
|---|---|
| **From:** | Simran Tiwana <simran38875@gmail.com> |
| **Sent:** | Wednesday, September 28, 2022 6:27 PM |
| **To:** | NMDml_Judge Browning's Chambers nmd.uscourts.gov |
| **Cc:** | mbaker@peiferlaw.com |
| **Subject:** | CIV 19 - 00994 JB/JHR |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Browning,

Thank you for granting my request to attend the hearing on Friday, September 30th. I truly appreciate it.

I had wondered how my father could be present at the hearing on Friday and heeded the advice of Ms. Rotonda, and reached out to the Sacramento County Main Jail to pass on my zoom link.

Sadly, I've been informed that relatives of inmates cannot share zoom or telephonic links and that these orders have to come directly from the court.

I would be grateful if the court could further assist and provide me guidance in this matter.

Sincerely,

Simran Tiwana

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.