IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| KRISTINA MARTINEZ, in her capacity as the Personal Representative of the Wrongful Death Estate of Barbara Granger, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 19-CV-994 JB/JHR |
| DART TRANS, INC. GIBERT TAN d/b/a GMT TRUCKING, SUNRISE TIRE AND LUBE SERVICE, INC., HAR-SUKH CORP, INC. SAM SANDHU, JASVIR SINGH, RAJINDER SINGH BASSI, SUKHDEV SINGH DHALIWAL, TERI-OAT, LLC, JOHN DOE 1, JOHN DOE 2 GOODWILL TRUCKING, LLC, and GURPREET SUCH, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Jason Bowles of Bowles Law Firm, and Todd J. Bullion of Bullion Law Office, hereby enters their appearance for Sukhdev Sing and Sunrise Tire and Lube Service, Inc. Please serve all pleadings and notices related to:

Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109

Todd J. Bullion
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109

Respectfully submitted,

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm

4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

-and-

Todd J. Bullion
Law Office of Todd J. Bullion
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109

I hereby certify that a true and correct copy of the foregoing was electronically submitted this 30th day of September, 2022 to:

All Parties listed in CM/ECF


/s/ Jason Bowles
Jason Bowles
Bowles Law Firm