IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, in her Capacity
as the Personal Representative of the
Wrongful Death Estate of BARBARA
GRANGER, and SCOTT GRANGER,
individually,

        Plaintiffs,

vs.                                                                                            No. CIV 19-0994 JB/JHR

DART TRANS, INC., GILBERT TAN d/b/a
GMT TRUCKING, SUNRISE TIRE AND
LUBE SERVICE, INC., SAM SANDHU,
JASVIR SINGH, SUKHDEV SINGH
DHALIWAL, JOHN DOE 1, JOHN DOE 2,
GOODWILL TRUCKING, LLC, and
GURPREET SUCH,

        Defendants.

### ORDER TO RELEASE SUKHDEV SINGH

THIS MATTER comes before the Court upon the oral motion for release of Defendant Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh ("Singh") from civil contempt detention made at the Court's September 30, 2022 hearing. The Court, having considered the motion, having heard the oral presentation of the parties at the hearing, and being otherwise fully advised on the premises of the motion, finds that the motion is well taken and that Singh should be released from civil contempt detention immediately upon the conditions that he surrender his passport to the U.S. Marshals Service and continue to comply with the Court's Order Granting Plaintiffs' Motion for Civil Contempt against Defendants Sunrise Tire and Lube Service, Inc. and Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh [Doc. 167]



("Civil Contempt Order"), including that he appear via videoconference on October 5, 2022 for the depositions of Singh and Defendant Sunrise Tire and Lube Service, Inc.

IT IS THEREFORE ORDERED that:

i. Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh be released immediately from detention;

ii. Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh surrender his passport immediately to the U.S. Marshals Service; and

iii. Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh continue to comply with the Court's Civil Contempt Order [Doc. 167] that he respond in full to Plaintiffs' discovery requests in aid of execution (including continued production of documents up to and, if necessary, after the depositions), appear for depositions via videoconference on October 5, 2022, and pay costs and attorney fees incurred by Plaintiff in connection with the discovery in aid of execution.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Matthew M. Beck*
      Mark T. Baker
      Matthew M. Beck
      Sarah K. Hyde
Post Office Box 25245
Albuquerque, NM 87125-5245
Tel: 505-247-4800
Email: mbaker@peiferlaw.com
       mbeck@peiferlaw.com
       shyde@peiferlaw.com

*Attorneys for Plaintiffs*

**APPROVED BY:**

LAW OFFICES OF TODD. J. BULLION

By: */s/ Todd Bullion via e-mail 09-30-22*
      Todd J. Bullion
4811 Hardware Dr. NE
Bldg D, Suite 5
Albuquerque, NM 87109
Tel: 505-452-7674
Email: todd@bullionlaw.com

Bowles Law Firm
Jason Bowles
Bldg D, Suite 5
Albuquerque, NM 87109
Tel: 505-217-2680
Email: jason@bowles-lawfirm.com

*Attorneys for Defendants Sukhdev Singh a/k/a Sukhdev Singh Dhaliwal a/k/a Sukhdev Dhaliwal Singh and Sunrise Tire and Lube, Inc.*

3